# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| NELSON GOMES, individually, derivatively and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:10-cv-00083-SOW |
| AMERICAN CENTURY COMPANIES, INC.; AMERICAN CENTURY GLOBAL INVESTMENT MANAGEMENT, INC.; JAMES E. STOWERS, JR.; JAMES E. STOWERS, III; JONATHAN S. THOMAS; THOMAS A. BROWN; ANDREA C. HALL; DONALD H. PRATT; GALE E. SAYERS; M. JEANNINE STRANDJORD; TIMOTHY S. WEBSTER; WILLIAM M. LYONS; ENRIQUE CHANG; MARK KOPINSKI; AND BRIAN BRADY, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| AMERICAN CENTURY WORLD MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY INTERNATIONAL DISCOVERY FUND, | ) ) ) ) ) | |
| Nominal Defendant. | ) | |

## MOTION TO DISMISS PLAINTIFF'S VERIFIED DERIVATIVE AND CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1, Defendants Thomas A. Brown, Andrea C. Hall, Donald H. Pratt, Gale E. Sayers, M. Jeannine Strandjord, and Timothy S. Webster and nominal defendant American Century World Mutual Funds, Inc., doing business as American Century International Discovery Fund (hereinafter "Defendants"), respectfully move this Court to dismiss Plaintiff's Verified Derivative and Class Action Complaint with prejudice, and for any other relief the Court deems just and proper.

In support of this Motion, Defendants state as follows:

    1. Plaintiff's direct claims should be dismissed because any alleged injury is derivative, not direct; and

    2. Plaintiff's derivative claims should be dismissed because he fails sufficiently to plead demand futility.

Suggestions in Support of this Motion are filed herewith and are incorporated by reference.

Dated: August 15, 2011

Respectfully submitted,

BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP

By: /s/ Kurt D. Williams

    Kurt D. Williams  MO Bar # 36957
    Nick J. Kurt MO Bar # 52216
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone:  816-627-0215
    Facsimile:  816-561-1888
    Email:  kwilliams@berkowitzoliver.com

    And

    Steuart H. Thomsen (*pro hac vice*)
    SUTHERLAND ASBILL & BRENNAN LLP
    1275 Pennsylvania Avenue, NW
    Washington, DC 20004
    Telephone: 202-383-0166
    Facsimile:  202-637-3593
    Email: steuart.thomsen@sutherland.com

    Attorneys for Defendants Thomas A. Brown, Andrea C. Hall, Donald H. Pratt, Gale E. Sayers, M. Jeannine Strandjord, Timothy S. Webster, and Nominal Defendant American Century World Mutual Funds, Inc., doing business as American Century International Discovery Fund