IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| NELSON GOMES, Individually, derivatively and on behalf of all others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) AMERICAN CENTURY COMPANIES, ) INC., et al., ) ) Defendants. ) | Case No.: 10-0083-CV-W-SOW |

## **ORDER**

Before the Court is defense counsel W. Perry Brandt's Motion for Leave to Withdraw as Counsel (Doc. #49). Attorney W. Perry Brandt moves the Court for leave to withdraw as attorney for defendants Thomas A. Brown, Andrea C. Hall, Donald H. Pratt, Gale E. Sayers, M. Jeannine Strandjord, and Timothy S. Webster, as well as for nominal defendant American Century World Mutual Funds, Inc. d/b/a American Century International Discovery Fund.[1] This attorney states that these defendants have retained new counsel.

Accordingly, it is hereby

ORDERED that defense counsel W. Perry Brandt's Motion for Leave to Withdraw as Counsel (Doc. #49) is granted. It is further

---

[1] It appears that attorney W. Perry Brandt continues to represent defendants American Century Companies, Inc., American Century Global Investment Management, Inc., James E. Stowers, Jr., James E. Stowers, III, Jonathan S. Thomas, William M. Lyons, Enrique Chan, Mark Kopinski, and Brian Brady in this case.

ORDERED that the Clerk of the Court shall modify the Court's Docket Sheet to reflect that W. Perry Brandt no longer represents defendants Thomas A. Brown, Andrea C. Hall, Donald H. Pratt, Gale E. Sayers, M. Jeannine Strandjord, Timothy S. Webster, or nominal defendant American Century World Mutual Funds, Inc. d/b/a American Century International Discovery Fund in this case.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

DATED: August 17, 2011