IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| NELSON GOMES, Individually, derivatively and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No.: 10-0083-CV-W-SOW ) |
| AMERICAN CENTURY COMPANIES, INC., et al., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

_____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\___X____   **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

    ORDERED that the Institutional Defendants' Motion to Dismiss Plaintiff's Verified Derivative and Class Action Complaint (Doc. #50) is granted. It is further
    ORDERED that defendants' Motion to Dismiss Plaintiff's Verified Derivative and Class Action Complaint (Doc. #52) is granted.


___2/16/2012____                                                          /s/AnnThompson
Dated                                                                              Clerk of Court

                                                                                                                    /s/ K. McIlvain
                                                                                                                     Deputy Clerk